IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES A. CANONICO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05-cv-1151-WKW |
| ) | [wo] |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 29, 2006, the Magistrate Judge filed a Recommendation (Doc. # 14) to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The decision of the Commissioner is AFFIRMED;

3. This action is DISMISSED with prejudice and

4. Costs are taxed against the plaintiff.

An appropriate judgment will be entered.

Done this the 31st day of October, 2006.

                                        /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE